FILED
FEB 19 2014
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SIMON DEBESSAY,  )<br>  )<br>Defendant.  ) | 2:12-CR-452-JAD-(VCF) |

## ORDER OF FORFEITURE

This Court finds that on February 19, 2014, defendant SIMON DEBESSAY pled guilty to Count One of a Five-Count Indictment charging him with Conspiracy to Possess & Distribute Cocaine in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(ii), and 846. Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant SIMON DEBESSAY agreed to the forfeiture of the in personam criminal forfeiture money judgment of $20,000.00 set forth in the Plea Agreement and the Forfeiture Allegation in the Indictment. Indictment, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds that SIMON DEBESSAY shall pay a criminal forfeiture money judgment of $20,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 21, United States Code, Sections 841(a)(1), 846, 853(a)(1), and 853(p).

. . .

. . .

1     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from SIMON DEBESSAY a criminal forfeiture money judgment in the amount of
3 $20,000.00 in United States Currency.
4     DATED this 14th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE