FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 1 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-452-JAD-(VCF) |
| SIMON DEBESSAY, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on February 20, 2014, that SIMON DEBESSAY shall pay the criminal forfeiture money judgment of $20,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Sections 841(a)(1), 846, 853(a)(1), and 853(p). Indictment, ECF No. 1; Change of Plea, ECF No. 98; Plea Agreement, ECF No. 99; Order of Forfeiture, ECF No. 101.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SIMON DEBESSAY the criminal forfeiture money judgment in the amount of $20,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) and Title 21, United States Code, Sections 841(a)(1), 846, 853(a)(1), and 853(p).

DATED this 21st day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE